IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY R. HOLLENBECK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to return property (Filing No. 198), and the plaintiff's response (Filing No. 200). It appears to the Court that the property of the defendant not forfeited or prohibited, is available to him, and the motion is moot. Accordingly,

IT IS ORDERED that the defendant's motion to return property is denied without prejudice as moot.

DATED this 19th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court